**Rider 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas.   The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| | Company | Last 4 Digits of Fed. EIN | | Company | Last 4 Digits of Fed. EIN |
|---|---|---|---|---|---|
| 1. | Adeptus Health Colorado Holdings LLC | 5146 | 25. | Alamo Heights SA Medical Center LLC | 7715 |
| 2. | Adeptus Health Inc. | 7387 | 26. | Algiers Medical Center LLC | 5775 |
| 3. | Adeptus Health LLC | 2716 | 27. | Alvin Medical Center LLC | 8817 |
| 4. | Adeptus Health Management LLC | 8472 | 28. | Anthem Medical Center LLC | 0119 |
| | | | 29. | Antoine Medical Center LLC | 7322 |
| 5. | Adeptus Health Phoenix Holdings LLC | 7075 | 30. | Arizona General ER LLC | 5598 |
| 6. | Adeptus Health Ventures LLC | 2997 | 31. | Atascocita 1960 Medical Center LLC | 0687 |
| 7. | ADPT Columbus Holdings LLC | 5265 | | | |
| 8. | ADPT DFW Holdings LLC | 7947 | 32. | Austin Brodie Medical Center LLC | 3294 |
| 9. | ADPT Houston Holdings LLC | 7977 | | | |
| 10. | ADPT New Orleans Holdings LLC | 9313 | 33. | Baytown Medical Center LLC | 0445 |
| | | | 34. | Bella Terra Medical Center LLC | 7867 |
| 11. | ADPT New Orleans Management LLC | pending | 35. | Bender's Landing Medical Center LLC | 2156 |
| 12. | ADPT-AZ MPT Holdings LLC | 2047 | 36. | Blacklick Woods Medical Center LLC | 5532 |
| 13. | ADPT-AZ RE Holdings LLC | 1979 | | | |
| 14. | ADPT-CO MPT Holdings LLC | 2571 | 37. | Briar Forest-Eldridge Medical Center LLC | 1862 |
| 15. | ADPT-CO RE Holdings LLC | 5144 | | | |
| 16. | ADPT-Columbus MPT Holdings LLC | pending | 38. | Broad Wagoner Medical Center LLC | 2252 |
| 17. | ADPT-Columbus RE Holdings LLC | pending | 39. | Brushy Creek Medical Center LLC | 3792 |
| 18. | ADPT-DFW MPT Holdings LLC | 2445 | 40. | Camelback 83rd Medical Center LLC | 5993 |
| 19. | ADPT-DFW RE Holdings LLC | 5981 | | | |
| 20. | ADPT-Houston MPT Holdings LLC | 4017 | 41. | Cedar Park Lakeline Medical Center LLC | 3773 |
| 21. | ADPT-Houston RE Holdings LLC | 1468 | 42. | Centennial Medical Center LLC | 6930 |
| 22. | ADPT-LA MPT Holdings LLC | 2643 | 43. | Center Street DP Medical Center LLC | 3223 |
| 23. | ADPT-LA RE Holdings LLC | 8384 | | | |
| 24. | AJNH Medical Center LLC | 9524 | | | |

| | Company | Last 4 Digits of Fed. EIN |
|---|---|---|
| 44. | Chandler Germann Medical Center LLC | 8469 |
| 45. | Chandler Heights Medical Center LLC | 6525 |
| 46. | Cinco Ranch Medical Center LLC | 4313 |
| 47. | Colonial Lakes Medical Center LLC | 4044 |
| 48. | Colorado General Hospital LLC | 6314 |
| 49. | Conroe Medical Center LLC | 3660 |
| 50. | Converse Medical Center LLC | 0305 |
| 51. | Copperwood Medical Center LLC | 7403 |
| 52. | Creekside Forest Medical Center LLC | 1064 |
| 53. | Culebra-Tezel Medical Center LLC | 0838 |
| 54. | De Zavala Medical Center LLC | 9734 |
| 55. | Dublin Medical Center LLC | 5351 |
| 56. | Eagles Nest Medical Center LLC | 7518 |
| 57. | East Mesa Medical Center LLC | 3851 |
| 58. | East Pflugerville Medical Center LLC | 3315 |
| 59. | East Riverside Medical Center LLC | 3259 |
| 60. | ECC Management, LLC | 1879 |
| 61. | FCER Management, LLC | 8239 |
| 62. | First Choice ER, LLC | 8156 |
| 63. | First Texas Hospital Cy-Fair LLC | 0091 |
| 64. | Four Points Medical Center LLC | 8637 |
| 65. | Friendswood Medical Center LLC | 6132 |
| 66. | FTH Houston Partners LLC | 6871 |
| 67. | Garland Centerville Medical Center LLC | 7960 |
| 68. | Gilbert  Medical Center LLC | 0827 |

| | Company | Last 4 Digits of Fed. EIN |
|---|---|---|
| 69. | Gleannloch Farms Medical Center LLC | 1256 |
| 70. | Glendale Medical Center LLC | 2820 |
| 71. | Goodyear Medical Center LLC | 7336 |
| 72. | Greenville Stacy Medical Center LLC | 6926 |
| 73. | Guadalupe River Medical Center LLC | 4826 |
| 74. | Hampden Tower Medical Center LLC | 8757 |
| 75. | Helotes Medical Center LLC | 2313 |
| 76. | Hilliard  Medical Center LLC | 1198 |
| 77. | Houston 9520 Jones Medical Center LLC | 2459 |
| 78. | Houston  FM 1960 Medical Center LLC | 3329 |
| 79. | Katy ER Center LLC | 3773 |
| 80. | Keller Medical Center LLC | 6669 |
| 81. | Kingwood Medical Center LLC | 4495 |
| 82. | Kuykendahl Medical Center LLC | 8269 |
| 83. | La Porte Medical Center LLC | 7953 |
| 84. | Lakewood Forest Medical Center LLC | 3791 |
| 85. | League City Medical Center LLC | 6358 |
| 86. | Legacy Trails Medical Center LLC | 4649 |
| 87. | Lewis Center Medical Center LLC | 1791 |
| 88. | Litchfield Park Medical Center LLC | 1379 |
| 89. | Louetta Medical Center LLC | 8584 |
| 90. | Marrero Medical Center LLC | 3468 |
| 91. | Meadowbrook Heights Medical Center LLC | 8039 |
| 92. | Medical Center of Crosby Lynchburg LLC | 2039 |
| 93. | Medical Center of Spring Rayford Richards LLC | 7613 |
| 94. | Mesa Tierra Medical Center LLC | 3890 |

| | Company | Last 4 Digits of Fed. EIN |
|---|---|---|
| 95. | Midlothian Medical Center LLC | 2928 |
| 96. | Mountain Park Ranch Medical Center LLC | 9092 |
| 97. | National Medical Professionals of Arizona LLC | 7007 |
| 98. | National Medical Professionals of Ohio LLC | 9176 |
| 99. | New Orleans East Medical Center LLC | 3435 |
| 100. | Northwest Harris County Medical Center LLC | 1722 |
| 101. | Ohio General ER LLC | 8055 |
| 102. | Ohio General Hospital LLC | 6267 |
| 103. | OpFree Licensing LP | 1027 |
| 104. | OpFree RE Investments, Ltd. | 0727 |
| 105. | OpFree, LLC | 8263 |
| 106. | Pearland 518 Medical Center LLC | 5398 |
| 107. | Pearland Parkway Medical Center LLC | 6704 |
| 108. | Pearland Sunrise Medical Center LLC | 1726 |
| 109. | Pflugerville Medical Center LLC | 2050 |
| 110. | Potranco Medical Center LLC | 6887 |
| 111. | Provinces Medical Center LLC | 7881 |
| 112. | Queen Creek Medical Center LLC | 7346 |
| 113. | Rosenberg Medical Center LLC | 4882 |
| 114. | Roy Richard Medical Center LLC | 1802 |
| 115. | San Antonio Nacogdoches Medical Center LLC | 7326 |
| 116. | San Tan Valley Medical Center LLC | 1184 |
| 117. | Seguin Foster Medical Center LLC | 2650 |
| 118. | Sienna Plantation Medical Center LLC | 9094 |
| 119. | South Bend Medical Center LLC | 0288 |

| | Company | Last 4 Digits of Fed. EIN |
|---|---|---|
| 120. | South Carrier Medical Center LLC | 9602 |
| 121. | South Green Oaks Medical Center LLC | 2518 |
| 122. | Spanish Oaks Medical Center LLC | 2951 |
| 123. | Spring 2920 Medical Center LLC | 6092 |
| 124. | Spring Green Medical Center LLC | pending |
| 125. | SSH Medical Center LLC | 6943 |
| 126. | Sterling Ridge Medical Center II LLC | 9505 |
| 127. | Sterling Ridge Medical Center LLC | 1883 |
| 128. | Summerwood Medical Center LLC | 2964 |
| 129. | Surprise Medical Center LLC | 2038 |
| 130. | SW Chandler Medical Center LLC | 2288 |
| 131. | Sycamore School Medical Center LLC | 4277 |
| 132. | Tempe McClintock Baseline Medical Center LLC | 3748 |
| 133. | Tempe Rural-Baseline Medical Center LLC | 2296 |
| 134. | Texas Regional Hospital LLC | 3820 |
| 135. | Victory Lakes Medical Center LLC | 1372 |
| 136. | Wadsworth-Belleview Medical Center LLC | 6458 |
| 137. | Waterside Medical Center LLC | 7886 |
| 138. | White Settlement Medical Center LLC | 0573 |
| 139. | Wilderness-Hardy Oak Medical Center LLC | 4867 |
| 140. | William Cannon Medical Center LLC | 3839 |

**JOINT WRITTEN CONSENT
OF THE BOARD OF DIRECTORS, SOLE MANAGERS, SOLE MEMBERS
AND GENERAL PARTNERS OF
EACH OF THE WHOLLY OWNED SUBSIDIARIES OF ADEPTUS HEALTH INC.
LISTED ON EXHIBIT A HERETO**

**April 19, 2017**

Each of the undersigned, being the board of directors, sole manager, the sole member, or the general partner (each, a "<u>Governing Person</u>," and, collectively, the "<u>Governing Persons</u>") of the applicable entity or entities listed on <u>Exhibit A</u> hereto (each a "<u>Company</u>"), in lieu of a special meeting, does hereby take the following actions and adopt the following resolutions with respect to the applicable entity or entities listed on <u>Exhibit A</u> hereto for which it is the Governing Person by written consent:

**WHEREAS**, the Governing Persons considered the financial and operational conditions of the Companies' business;

**WHEREAS**, the Governing Persons reviewed the historical performance of the Companies, the market for the Companies' products and services, and the current and long-term liabilities of the Companies;

**WHEREAS**, the Governing Persons reviewed, considered, and received the recommendations of the senior management of the Companies and the advice of the Companies' professionals and advisors with respect to potential avenues for relief that are available to the Governing Persons, upon behalf of the Companies, including the possibility of pursuing a restructuring of the Companies' business and assets under Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>");

**NOW, THEREFORE BE IT RESOLVED**, that, in the business judgment of the Governing Persons, after consideration of the alternatives presented to them and the recommendations of senior management of the Companies and the advice of the Companies' professionals and advisors that, at this time under the relevant circumstances, it is desirable and in the best interests of the Companies, their creditors, equity holders, and other interested parties for voluntary petitions to be filed by the Companies under the provisions of Chapter 11 of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Companies' petitions seeking relief under the provisions of Chapter 11 of the Bankruptcy Code (the "<u>Petitions</u>") are approved in all respects and that Frank Williams, executive vice president of the Companies; Andrew Hinkelman, chief restructuring officer of the Companies; and the other officers of the Companies (collectively, the "<u>Authorized Persons</u>") be, and hereby are, authorized and directed, on behalf of and in the name of the Companies, to execute the Petitions or authorize the execution of the Petitions and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Texas, at such time as the Authorized Persons deem appropriate, in order to commence cases under Chapter 11 of the Bankruptcy Code (collectively, the "<u>Chapter 11 Cases</u>"); and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized to execute and file the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and the Disclosure Statement for Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (collectively, the "Plan Documents"), with such additions, deletions, or modifications as the Authorized Persons may approve, and to take any and all actions which they may deem necessary or proper in order to obtain approval of the Plan Documents and to consummate the transactions set forth therein; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized to execute the Senior Secured Super-Priority Debtor-In-Possession Credit Agreement (the "DIP Credit Agreement") and all notes, security agreements, financing statements, certificates, consents, and other documents, agreements, and instruments related thereto, with such additions, deletions, or modifications as the Authorized Persons may approve, and to take any and all actions which they may deem necessary or proper in order to consummate the DIP Credit Agreement and the transactions set forth therein; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized to execute and file all petitions, schedules, lists, and other papers and to take any and all actions which they may deem necessary or proper in connection with the prosecution of the Chapter 11 Cases and, in that connection, for the Authorized Persons to retain and employ all assistance, by legal counsel or otherwise, which they may deem necessary or proper in order to successfully prosecute the Chapter 11 Cases; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized and directed to retain on behalf of the Companies, upon such terms and conditions as the Authorized Persons shall approve, the following to represent the Companies in connection with the Chapter 11 Case –

- Norton Rose Fulbright (US) LLP, to render legal services and to serve as bankruptcy counsel for the Companies;
- DLA Piper LLP (US), to render legal services and to serve as special counsel for the Companies in connection with securities law and related disclosure obligations, general corporate matters, general regulatory matters, and ongoing litigation matters;
- FTI Consulting, Inc., to provide the Companies a chief restructuring officer and certain additional personnel and to designate Andrew Hinkelman as chief restructuring officer; and
- Houlihan Lokey, Inc., to serve as investment banker for the Companies;

and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized to retain on behalf of the Companies other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals, upon such terms and conditions as the Authorized Persons shall approve, to render services to the Companies in connection with the Chapter 11 Cases or any related insolvency proceeding; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the Petitions or with respect to the Chapter 11 Cases,

any related insolvency proceeding, or in any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized and directed, in the name of and on behalf of the Companies, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

[*Remainder of Page Intentionally Left Blank*]

28166779.4

This written consent may be executed in one or more counterparts, each of which shall be deemed original but all of which together shall constitute one and the same written consent, and may be evidenced by a facsimile transmission, which shall for all purposes be deemed of the same legal force and effect as the unanimous consent bearing the original signature of the executing person.

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first written above.


/s/ Stephen Mengert
Stephen Mengert


/s/ Steven Napolitano
Steven Napolitano


/s/ Daniel Rosenberg
Daniel Rosenberg


/s/ Gregory Scott
Gregory Scott


/s/ Ronald Taylor
Ronald Taylor


/s/ Jeffery Vender
Jeffery Vender

**ADEPTUS HEALTH INC.**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole managing member of:
Adeptus Health LLC

**ADEPTUS HEALTH LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
First Choice ER, LLC
National Medical Professionals of Arizona LLC
National Medical Professionals of Ohio LLC

**FIRST CHOICE ER, LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
Adeptus Health Management LLC
Adeptus Health Ventures LLC
ADPT New Orleans Management LLC
AJNH Medical Center LLC
Alamo Heights SA Medical Center LLC
Algiers Medical Center LLC
Alvin Medical Center LLC
Anthem Medical Center LLC
Antoine Medical Center LLC
Arizona General ER LLC
Atascocita 1960 Medical Center LLC
Austin Brodie Medical Center LLC
Baytown Medical Center LLC
Bella Terra Medical Center LLC
Bender's Landing Medical Center LLC
Blacklick Woods Medical Center LLC
Broad Wagoner Medical Center LLC
Brushy Creek Medical Center LLC
Camelback 83rd Medical Center LLC
Cedar Park Lakeline Medical Center LLC
Centennial Medical Center LLC

Chadler Germann Medical Center LLC
Chandler Heights Medical Center LLC
Converse Medical Center LLC
Creekside Forest Medical Center LLC
Culebra-Tezel Medical Center LLC
De Zavala Medical Center LLC
Dublin Medical Center LLC
East Mesa Medical Center LLC
East Pflugerville Medical Center LLC
East Riverside Medical Center LLC
ECC Management, LLC
FCER Management, LLC
Four Points Medical Center LLC
Friendswood Medical Center LLC
Garland Centerville Medical Center LLC
Gilbert Medical Center LLC
Glendale Medical Center LLC
Goodyear Medical Center LLC
Greenville Stacy Medical Center LLC
Guadalupe River Medical Center LLC
Hampden Tower Medical Center LLC
Helotes Medical Center LLC
Hilliard Medical Center LLC
Houston FM 1960 Medical Center LLC
Keller Medical Center LLC
La Porte Medical Center LLC
League City Medical Center LLC
Legacy Trails Medical Center LLC
Lewis Center Medical Center LLC
Litchfield Park Medical Center LLC
Marrero Medical Center LLC
Meadowbrook Heights Medical Center LLC
Medical Center of Crosby Lynchburg LLC
Mesa Tierra Medical Center LLC
Midlothian Medical Center LLC
Mountain Park Ranch Medical Center LLC
New Orleans East Medical Center LLC
Ohio General ER LLC
Opfree, LLC
Pearland 518 Medical Center LLC
Pearland Parkway Medical Center LLC
Pflugerville Medical Center LLC
Potranco Medical Center LLC
Provinces Medical Center LLC
Queen Creek Medical Center LLC
Roy Richard Medical Center LLC
San Antonio Nacogdoches Medical Center LLC
San Tan Valley Medical Center LLC
Seguin Foster Medical Center LLC
South Bend Medical Center LLC
South Carrier Medical Center LLC

South Green Oaks Medical Center LLC
Spanish Oaks Medical Center LLC
Spring 2920 Medical Center LLC
Spring Green Medical Center LLC
SSH Medical Center LLC
Sterling Ridge Medical Center II LLC
Surprise Medical Center LLC
SW Chandler Medical Center LLC
Sycamore School Medical Center LLC
Tempe McClintock Baseline Medical Center LLC
Tempe Rural-Baseline Medical Center LLC
Victory Lakes Medical Center LLC
Wadsworth-Belleview Medical Center LLC
White Settlement Medical Center LLC
Wilderness-Hardy Oak Medical Center LLC
William Cannon Medical Center LLC

**ECC MANAGEMENT, LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the general partner of:
OpFree Licensing LP
OpFree RE Investments, Ltd.

**ADEPTUS HEALTH VENTURES LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
Adeptus Health Colorado Holdings LLC
Adeptus Health Phoenix Holdings LLC
ADPT Columbus Holdings LLC
ADPT DFW Holdings LLC
ADPT Houston Holdings LLC
ADPT New Orleans Holdings LLC
Colorado General Hospital LLC
Ohio General Hospital LLC
Texas Regional Hospital LLC

**ADEPTUS HEALTH COLORADO HOLDINGS
LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
ADPT-CO MPT Holdings LLC
ADPT-CO RE Holdings LLC

**ADEPTUS HEALTH PHOENIX HOLDINGS LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
ADPT-AZ MPT Holdings LLC
ADPT-AZ RE Holdings LLC

**ADPT COLUMBUS HOLDINGS LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
ADPT-Columbus MPT Holdings LLC
ADPT-Columbus RE Holdings LLC

**ADPT DFW HOLDINGS LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
ADPT-DFW MPT Holdings LLC
ADPT-DFW RE Holdings LLC

**ADPT HOUSTON HOLDINGS LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
ADPT-Houston MPT Holdings LLC
ADPT-Houston RE Holdings LLC
FTH Houston Partners LLC

**ADPT NEW ORLEANS HOLDINGS LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
ADPT-LA MPT Holdings LLC
ADPT-LA RE Holdings LLC

**FTH HOUSTON PARTNERS LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
First Texas Hospital Cy-Fair LLC

**FIRST TEXAS HOSPITAL CY-FAIR LLC**

/s/ Frank Williams
By: Frank Williams
Its: Executive Vice President

Being the sole member of:
Briar Forest-Eldridge Medical Center LLC
Center Street DP Medical Center LLC
Cinco Ranch Medical Center LLC
Colonial Lakes Medical Center LLC
Conroe Medical Center LLC
Copperwood Medical Center LLC
Creekside Forest Medical Center LLC
Eagles Nest Medical Center LLC
Gleannloch Farms Medical Center LLC
Houston 9520 Jones Medical Center LLC
Katy ER Center LLC

Kingwood Medical Center LLC
Kuykendahl Medical Center LLC
Lakewood Forest Medical Center LLC
Louetta Medical Center LLC
Medical Center of Spring Rayford Richards LLC
Northwest Harris County Medical Center LLC
Pearland Sunrise Medical Center LLC
Rosenberg Medical Center LLC
Sienna Plantation Medical Center LLC
Sterling Ridge Medical Center LLC
Summerwood Medical Center LLC
Waterside Medical Center LLC

**EXHIBIT A**

**COMPANIES**

Adeptus Health Colorado Holdings LLC
Adeptus Health Inc.
Adeptus Health LLC
Adeptus Health Management LLC
Adeptus Health Phoenix Holdings LLC
Adeptus Health Ventures LLC
ADPT Columbus Holdings LLC
ADPT DFW Holdings LLC
ADPT Houston Holdings LLC
ADPT New Orleans Holdings LLC
ADPT New Orleans Management LLC
ADPT-AZ MPT Holdings LLC
ADPT-AZ RE Holdings LLC
ADPT-CO MPT Holdings LLC
ADPT-CO RE Holdings LLC
ADPT-Columbus MPT Holdings LLC
ADPT-Columbus RE Holdings LLC
ADPT-DFW MPT Holdings LLC
ADPT-DFW RE Holdings LLC
ADPT-Houston MPT Holdings LLC
ADPT-Houston RE Holdings LLC
ADPT-LA MPT Holdings LLC
ADPT-LA RE Holdings LLC
AJNH Medical Center LLC
Alamo Heights SA Medical Center LLC
Algiers Medical Center LLC
Alvin Medical Center LLC
Anthem Medical Center LLC
Antoine Medical Center LLC
Arizona General ER LLC
Atascocita 1960 Medical Center LLC
Austin Brodie Medical Center LLC
Baytown Medical Center LLC
Bella Terra Medical Center LLC
Bender's Landing Medical Center LLC
Blacklick Woods Medical Center LLC
Briar Forest-Eldridge Medical Center LLC
Broad Wagoner Medical Center LLC
Brushy Creek Medical Center LLC
Camelback 83rd Medical Center LLC
Cedar Park Lakeline Medical Center LLC
Centennial Medical Center LLC
Center Street DP Medical Center LLC
Chandler Germann Medical Center LLC
Chandler Heights Medical Center LLC
Cinco Ranch Medical Center LLC
Colonial Lakes Medical Center LLC

Colorado General Hospital LLC
Conroe Medical Center LLC
Converse Medical Center LLC
Copperwood Medical Center LLC
Creekside Forest Medical Center LLC
Culebra-Tezel Medical Center LLC
De Zavala Medical Center LLC
Dublin Medical Center LLC
Eagles Nest Medical Center LLC
East Mesa Medical Center LLC
East Pflugerville Medical Center LLC
East Riverside Medical Center LLC
ECC Management, LLC
FCER Management, LLC
First Choice ER, LLC
First Texas Hospital Cy-Fair LLC
Four Points Medical Center LLC
Friendswood Medical Center LLC
FTH Houston Partners LLC
Garland Centerville Medical Center LLC
Gilbert Medical Center LLC
Gleannloch Farms Medical Center LLC
Glendale Medical Center LLC
Goodyear Medical Center LLC
Greenville Stacy Medical Center LLC
Guadalupe River Medical Center LLC
Hampden Tower Medical Center LLC
Helotes Medical Center LLC
Hilliard Medical Center LLC
Houston 9520 Jones Medical Center LLC
Houston FM 1960 Medical Center LLC
Katy ER Center LLC
Keller Medical Center LLC
Kingwood Medical Center LLC
Kuykendahl Medical Center LLC
La Porte Medical Center LLC
Lakewood Forest Medical Center LLC
League City Medical Center LLC
Legacy Trails Medical Center LLC
Lewis Center Medical Center LLC
Litchfield Park Medical Center LLC
Louetta Medical Center LLC
Marrero Medical Center LLC
Meadowbrook Heights Medical Center LLC
Medical Center of Crosby Lynchburg LLC
Medical Center of Spring Rayford Richards LLC
Mesa Tierra Medical Center LLC
Midlothian Medical Center LLC
Mountain Park Ranch Medical Center LLC
National Medical Professionals of Arizona LLC
National Medical Professionals of Ohio LLC

New Orleans East Medical Center LLC
Northwest Harris County Medical Center LLC
Ohio General ER LLC
Ohio General Hospital LLC
OpFree Licensing LP
OpFree RE Investments, Ltd.
Opfree, LLC
Pearland 518 Medical Center LLC
Pearland Parkway Medical Center LLC
Pearland Sunrise Medical Center LLC
Pflugerville Medical Center LLC
Potranco Medical Center LLC
Provinces Medical Center LLC
Queen Creek Medical Center LLC
Rosenberg Medical Center LLC
Roy Richard Medical Center LLC
San Antonio Nacogdoches Medical Center LLC
San Tan Valley Medical Center LLC
Seguin Foster Medical Center LLC
Sienna Plantation Medical Center LLC
South Bend Medical Center LLC
South Carrier Medical Center LLC
South Green Oaks Medical Center LLC
Spanish Oaks Medical Center LLC
Spring 2920 Medical Center LLC
Spring Green Medical Center LLC
SSH Medical Center LLC
Sterling Ridge Medical Center II LLC
Sterling Ridge Medical Center LLC
Summerwood Medical Center LLC
Surprise Medical Center LLC
SW Chandler Medical Center LLC
Sycamore School Medical Center LLC
Tempe McClintock Baseline Medical Center LLC
Tempe Rural-Baseline Medical Center LLC
Texas Regional Hospital LLC
Victory Lakes Medical Center LLC
Wadsworth-Belleview Medical Center LLC
Waterside Medical Center LLC
White Settlement Medical Center LLC
Wilderness-Hardy Oak Medical Center LLC
William Cannon Medical Center LLC

| Fill in this information to Identify the case: |
|---|
| Debtor Name:   ADPT DFW Holdings LLC |
| United States Bankruptcy Court for the:   Northern District of Texas |
| Case Number (If known): |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   CHANDLER SIGNS HOLDINGS LLC 3201 MANOR WAY DALLAS, TX  75235 | CONTACT: GENERAL COUNSEL PHONE: 214-902-2000 hrchandler@chandlersigns.com | TRADE VENDOR | | $0.00 | | $3,970,178.59 |
| 2   ASCENSION GROUP ARCHITECTS, LLP 1250 EAST COPELAND ROAD, SUITE 500 ARLINGTON, TX  76011-4911 | CONTACT: GENERAL COUNSEL PHONE: 617-207-0395 FAX: 817-226-1919 rbooze@ascensiongroup.biz | TRADE VENDOR | | $0.00 | | $1,540,439.25 |
| 3   WORKPLACE SOLUTIONS, INC. 2651 N. HARWOOD STE 300 DALLAS, TX  75201 | CONTACT: GENERAL COUNSEL PHONE: 214-741-9667 FAX: 214-741-9669 info@wpsolutions.com | TRADE VENDOR | | $0.00 | | $1,039,923.30 |
| 4   AMERICAN EXPRESS PO BOX 650448 DALLAS, TX  75265-0448 | CONTACT: GENERAL COUNSEL PHONE: 469-917-7770 FAX: 623-748-5725 jennifer.p.schmall@aexp.com | TRADE VENDOR | | $0.00 | | $502,000.00 |
| 5   KPMG LLP 1000 WALNUT ST #1000 KANSAS CITY, MO  64106 | CONTACT: GENERAL COUNSEL PHONE: 816-802-5200 FAX: 816-817-1960 lfrantz@KPMG.com | TRADE VENDOR | | $0.00 | | $457,500.00 |
| 6   KIMLEY HORN AND ASSOCIATES, INC 3001 WESTON PARKWAY RALEIGH, NC  27513 | CONTACT: GENERAL COUNSEL PHONE: 919-415-1000 info@kimley-horn.com | TRADE VENDOR | | $0.00 | | $446,393.09 |

Debtor: ADPT DFW Holdings LLC                                            Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   ROSHAL IMAGING SERVICES INC C/O CASH FLOW EXPERTS INC PO BOX 732951 DALLAS, TX  75373-2951 | CONTACT: GENERAL COUNSEL PHONE: 832-437-5266 FAX: 281-310-8264 john@roshalimaging.com | TRADE VENDOR | | $0.00 | | $433,822.14 |
| 8   MEDLINE INDUSTRIES, INC. ONE MEDLINE PLACE MUNDELEIN, IL  60060 | CONTACT: GENERAL COUNSEL PHONE: 800-633-5463 FAX: 847-837-2765 finance@medline.com | TRADE VENDOR | | $0.00 | | $346,321.10 |
| 9   ABM BUILDING & ENERGY SOLUTIONS INC 2841 & 2839 MAIN ST KANSAS CITY, MO  64108 | CONTACT: GENERAL COUNSEL PHONE: 816-283-8408 jason.cremer@abm.com | TRADE VENDOR | | $0.00 | | $341,630.35 |
| 10  HENRY SCHEIN, INC DEPT CH 10241 PALENTINE, IL  60055-0241 | CONTACT: GENERAL COUNSEL PHONE: 888-422-8997 FAX: 800-329-9109 medsls@henryschein.com | TRADE VENDOR | | $0.00 | | $271,174.57 |
| 11  LINCOLN FINANCIAL LIFE INSURANCE COMPANY 8801 INDIAN HILLS DRIVE OMAHA, NE  68114 | CONTACT: GENERAL COUNSEL PHONE: 877-275-5462 CustServSupportTeam@LFG. com | TRADE VENDOR | | $0.00 | | $261,845.56 |
| 12  MEDICAL TECHNOLOGIST SOLUTIONS LLC 1701 N GREEN VALLEY PKWY STE 2A HENDERSON, NV  89012 | CONTACT: GENERAL COUNSEL PHONE: 702-735-5075 FAX: 702-733-0617 bwhile@medsmartinc.com | TRADE VENDOR | | $0.00 | | $226,514.31 |
| 13  AMCOL SYSTEMS INC 111 LANCEWOOD ROAD COLUMBIA, SC  29210 | CONTACT: GENERAL COUNSEL PHONE: 800-849-8500 FAX: 803-798-4966 address@www.amcolsystems.com | TRADE VENDOR | | $0.00 | | $220,465.66 |
| 14  GSR ANDRADE ARCHITECTS, INC 4121 COMMERCE STREET, SUITE 1 DALLAS, TX  75226 | CONTACT: GENERAL COUNSEL PHONE: 214-824-7040 jkrause@gsr-andrade.com | TRADE VENDOR | | $0.00 | | $209,408.84 |
| 15  UCR DEVELOPMENT SERVICES, LLC 8080 PARK LANE, SUITE 800 DALLAS, TX  75231 | CONTACT: GENERAL COUNSEL PHONE: 214-526-6262 FAX: 214-523-0800 mstern@ucrdev.com | TRADE VENDOR | | $0.00 | | $208,693.32 |
| 16  DELTA DENTAL INSURANCE CO 1130 SANCTUARY PARKWAY MS 112 ALPHARETTA, GA  30009 | CONTACT: GENERAL COUNSEL PHONE: 800-521-2651 EDixon@ddic.delta.org | TRADE VENDOR | | $0.00 | | $205,859.58 |

Debtor: ADPT DFW Holdings LLC    Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | ACTIVE IMAGINATION, INC 2507 NORTH BLVD HOUSTON, TX 77098 | CONTACT: GENERAL COUNSEL PHONE: 713-528-6100 FAX: 713-400-9161 corey@aimagination.com | TRADE VENDOR | | $0.00 | | $197,158.30 |
| 18 | DELL FINANCIAL SERVICES, LLC 12234 NORTH INTERSTATE 35 SUITE 35B AUSTIN, TX 78753 | CONTACT: GENERAL COUNSEL PHONE: 512-728-3500 FAX: 512-723-6082 Allison.Wright@Dell.com | TRADE VENDOR | | $0.00 | | $193,865.03 |
| 19 | PRICEWATERHOUSECOOPERS LLP 300 MADISON AVENUE 24TH FLOOR NEW YORK, NY 10017 | CONTACT: GENERAL COUNSEL PHONE: 646-471-3000 FAX: 813-286-6000 bryan.k.melvin@us.pwc.com | TRADE VENDOR | | $0.00 | | $193,229.00 |
| 20 | PROTIVITI INC 2613 CAMINO RAMON SAN RAMON, CA 94583 | CONTACT: GENERAL COUNSEL PHONE: 415-402-3663 ProBill@Protiviti.com | TRADE VENDOR | | $0.00 | | $187,907.99 |
| 21 | TERRACON CONSULTANTS, INC. 18001 W. 106TH STREET SUITE 300 OLATHE, KS 66061 | CONTACT: GENERAL COUNSEL PHONE: 913-599-6886 corporate@terracon.com | TRADE VENDOR | | $0.00 | | $169,374.90 |
| 22 | TRUMP MIAMI RESORT MANAGEMENT LLC 4400 NW 87TH AVE MIAMI, FL 33178 | CONTACT: GENERAL COUNSEL PHONE: 305-592-2000 rrestrepo@trumphotels.com | TRADE VENDOR | | $0.00 | | $166,001.46 |
| 23 | CMBC INVESTMENTS LLC BUSINESS ESSENTIALS 800 PORT AMERICA PL GRAPEVINE, TX 76051 | CONTACT: GENERAL COUNSEL PHONE: 972-445-5552; 817-328-1616 FAX: 866-592-0626 service@beofficesupply.com | TRADE VENDOR | | $0.00 | | $163,870.43 |
| 24 | MAYS & COMPANY REAL ESTATE DEVELOPMENT LLC 4835 LBJ FRWY, STE 470 DALLAS, TX 75244 | CONTACT: GENERAL COUNSEL PHONE: 214-363-8400 Erik@mayscompany.com | TRADE VENDOR | | $0.00 | | $162,062.43 |
| 25 | ADMIRAL LINEN & UNIFORM 2030 KIPLING HOUSTON, TX 77098 | CONTACT: GENERAL COUNSEL PHONE: 713-529-2608 FAX: 713-529-3061 barrykelley@medtegrity.us | TRADE VENDOR | | $0.00 | | $106,671.29 |
| 26 | MCKESSON 6500 BOWDEN ROAD STE. 100 JACKSONVILLE, FL 32216 | CONTACT: GENERAL COUNSEL PHONE: 904-805-1061 FAX: 770-776-5971 E Stacey.Dixon@Mckesson.com | TRADE VENDOR | | $0.00 | | $150,000.00 |

Debtor:  ADPT DFW Holdings LLC                                          Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27  CDW GOVERNMENT, INC 75 REMITTANCE DR. SUITE 1515 CHICAGO, IL  60675-1515 | CONTACT: GENERAL COUNSEL PHONE: 847-465-6000 FAX: 847-419-6200 carrgen@cdw.com | TRADE VENDOR | | $0.00 | | $149,658.45 |
| 28  THE NORTH HIGHLAND COMPANY 3333 PIEDMONT RD SUITE 1000 ATLANTA, GA  30305 | CONTACT: GENERAL COUNSEL PHONE: 404-233-1015 FAX: 404-233-4930 news@northhighland.com | TRADE VENDOR | | $0.00 | | $143,150.36 |
| 29  CORIN USA LTD 5670 W CYPRESS ST STE C TAMPA, FL  33607 | CONTACT: GENERAL COUNSEL PHONE: 813 977 4469 FAX: 813 979 0042 usa@coringroup.com | TRADE VENDOR | | $0.00 | | $142,161.00 |
| 30  MAXIM HEALTHCARE SERVICES INC MAXIM PHYSICIAN RESOURCES LLC 7227 LEE DEFOREST DRIVE COLUMBIA, MD  21046 | CONTACT: GENERAL COUNSEL PHONE: 844-768-0431 ccquestions@maxhealth.com | TRADE VENDOR | | $0.00 | | $131,762.99 |
| 31  REBECCA MABILE  REBECCA'S MURALS 2322 VILLAGE LEAF DRIVE SPRING, TX  77386 | CONTACT: GENERAL COUNSEL PHONE: 225.313.5161 rebeccasmurals@gmail.com | TRADE VENDOR | | $0.00 | | $130,674.00 |
| 32  SIMPSON THACHER & BARLETT LLP 425 LEXINGTON AVE NEW YORK, NY  10017 | CONTACT: GENERAL COUNSEL PHONE: 212-455-2000 FAX: 212-455-2502 JKaufman@stblaw.com | TRADE VENDOR | | $0.00 | | $122,328.41 |
| 33  GE HEALTHCARE, INC 9900 WEST INNOVATION DRIVE WAUWATOSA, WI  53226 | CONTACT: GENERAL COUNSEL PHONE: 414-774-2653 FAX: 414-721-2572 Jeffrey.Bogumil@med.ge.com | TRADE VENDOR | | $0.00 | | $121,440.05 |
| 34  CONLEY GROUP, INC. 5800 E. CAMPUS CIRCLE SUITE 250 IRVING, TX  75063 | CONTACT: GENERAL COUNSEL PHONE: 515-277-7137 FAX: 515-277-7275 dostrowsky@conleygroup.com | TRADE VENDOR | | $0.00 | | $116,893.72 |
| 35  COLORMARK LC 1840 HUTTON DRIVE BLDG 208 CARROLLTON, TX  75006 | CONTACT: GENERAL COUNSEL PHONE: 972-243-1919 FAX: 972-243-1993 ebarry@colormark-lc.com | TRADE VENDOR | | $0.00 | | $115,364.60 |
| 36  MUNSCH HARDT KOPF & HARR, PC 3800 LINCOLN PLAZA 500 N. AKARD DALLAS, TX  75201 | CONTACT: GENERAL COUNSEL PHONE: 214-855-7500 FAX: 214-855-7584 daaron@munsch.com | TRADE VENDOR | | $0.00 | | $114,495.35 |

Debtor: ADPT DFW Holdings LLC

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 37  CREEKRIDGE CAPITAL LLC 7808 CREEKRIDGE CIRCLE SUITE 250 EDINA, MN  55439 | CONTACT: GENERAL COUNSEL PHONE: 952-996-0270 FAX: 952-996-0271 CustomerService@creekridge capital.com | TRADE VENDOR | | $0.00 | | $113,164.65 |
| 38  THE RICHARDS GROUP, INC 2801 NORTH CENTRAL EXPRESSWAY SUITE 100 DALLAS, TX  75204 | CONTACT: GENERAL COUNSEL PHONE: 214-891-5700 diane_fannon@richards.com | TRADE VENDOR | | $0.00 | | $111,646.66 |
| 39  COREPOINT HEALTH, LLC 3010 GAYLORD PARKWAY, SUITE 320 FRISCO, TX  75034 | CONTACT: GENERAL COUNSEL PHONE: 214-618-7000 FAX: 214-618-7001 info@corepointhealth.com | TRADE VENDOR | | $0.00 | | $105,977.10 |
| 40  MINDRAY DS USA, INC 800 MACARTHUR BLVD. MAHWAH, NJ  7430 | CONTACT: GENERAL COUNSEL PHONE: 201 995 8044 B.DWYER@MINDRAY.COM | TRADE VENDOR | | $0.00 | | $102,057.83 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| ADPT DFW Holdings LLC, *et al.*, | § | Case No. 17-_____ |
|  | § |  |
| Debtors. | § | Joint Administration Pending |
|  | § |  |
|  | § |  |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, attached hereto as Exhibit A is an organizational chart reflecting all of the ownership interests in ADPT DFW Holdings LLC, and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors").

The Debtors note the following –

- Each of the Debtors identified on Exhibit A is 100% owned by its direct parent unless otherwise noted.

- Adeptus Health Inc. is the ultimate parent of the Debtors, and its equity securities are publicly held. No person owns 10% or more of the stock of Adeptus Health Inc.

**<u>EXHIBIT A</u>**

Adeptus Health Inc. is the sole managing member of –
Adeptus Health LLC

Adeptus Health LLC is the sole member of –
First Choice ER, LLC
National Medical Professionals of Arizona LLC
National Medical Professionals of Ohio LLC

First Choice ER, LLC is the sole member of –
Adeptus Health Management LLC
Adeptus Health Ventures LLC
ADPT New Orleans Management LLC
AJNH Medical Center LLC
Alamo Heights SA Medical Center LLC
Algiers Medical Center LLC
Alvin Medical Center LLC
Anthem Medical Center LLC
Antoine Medical Center LLC
Arizona General ER LLC
Atascocita 1960 Medical Center LLC
Austin Brodie Medical Center LLC
Baytown Medical Center LLC
Bella Terra Medical Center LLC
Bender's Landing Medical Center LLC
Blacklick Woods Medical Center LLC
Broad Wagoner Medical Center LLC
Brushy Creek Medical Center LLC
Camelback 83rd Medical Center LLC
Cedar Park Lakeline Medical Center LLC
Centennial Medical Center LLC
Chandler Germann Medical Center LLC
Chandler Heights Medical Center LLC
Converse Medical Center LLC
Culebra-Tezel Medical Center LLC
De Zavala Medical Center LLC
Dublin Medical Center LLC
East Mesa Medical Center LLC
East Pflugerville Medical Center LLC
East Riverside Medical Center LLC
ECC Management, LLC
FCER Management, LLC
Four Points Medical Center LLC
Friendswood Medical Center LLC
Garland Centerville Medical Center LLC

Gilbert Medical Center LLC
Glendale Medical Center LLC
Goodyear Medical Center LLC
Greenville Stacy Medical Center LLC
Guadalupe River Medical Center LLC
Hampden Tower Medical Center LLC
Helotes Medical Center LLC
Hilliard Medical Center LLC
Houston FM 1960 Medical Center LLC
Keller Medical Center LLC
La Porte Medical Center LLC
League City Medical Center LLC
Legacy Trails Medical Center LLC
Lewis Center Medical Center LLC
Litchfield Park Medical Center LLC
Marrero Medical Center LLC
Meadowbrook Heights Medical Center LLC
Medical Center of Crosby Lynchburg LLC
Mesa Tierra Medical Center LLC
Midlothian Medical Center LLC
Mountain Park Ranch Medical Center LLC
New Orleans East Medical Center LLC
Ohio General ER LLC
OpFree, LLC
Pearland 518 Medical Center LLC
Pearland Parkway Medical Center LLC
Pflugerville Medical Center LLC
Potranco Medical Center LLC
Provinces Medical Center LLC
Queen Creek Medical Center LLC
Roy Richard Medical Center LLC
San Antonio Nacogdoches Medical Center LLC
San Tan Valley Medical Center LLC
Seguin Foster Medical Center LLC
South Bend Medical Center LLC
South Carrier Medical Center LLC
South Green Oaks Medical Center LLC
Spanish Oaks Medical Center LLC
Spring 2920 Medical Center LLC
Spring Green Medical Center LLC
SSH Medical Center LLC
Sterling Ridge Medical Center II LLC
Surprise Medical Center LLC
SW Chandler Medical Center LLC
Sycamore School Medical Center LLC
Tempe McClintock Baseline Medical Center LLC

Tempe Rural-Baseline Medical Center LLC
Victory Lakes Medical Center LLC
Wadsworth-Belleview Medical Center LLC
White Settlement Medical Center LLC
Wilderness-Hardy Oak Medical Center LLC
William Cannon Medical Center LLC

ECC Management, LLC is the general partner of –
Opfree Licensing LP
OpFree RE Investments, Ltd.

Adeptus Health Ventures LLC is the sole member of –
Adeptus Health Colorado Holdings LLC
Adeptus Health Phoenix Holdings LLC
ADPT Columbus Holdings LLC
ADPT DFW Holdings LLC
ADPT Houston Holdings LLC
ADPT New Orleans Holdings LLC
Colorado General Hospital LLC
Ohio General Hospital LLC
Texas Regional Hospital LLC

Adeptus Health Colorado Holdings LLC is the sole member of –
ADPT-CO MPT Holdings LLC
ADPT-CO RE Holdings LLC

Adeptus Health Phoenix Holdings LLC is the sole member of –
ADPT-AZ MPT Holdings LLC
ADPT-AZ RE Holdings LLC

ADPT Columbus  Holdings LLC is the sole member of –
ADPT-Columbus MPT Holdings LLC
ADPT-Columbus RE Holdings LLC

ADPT DFW Holdings LLC is the sole member of –
ADPT-DFW MPT Holdings LLC
ADPT-DFW RE Holdings LLC

ADPT Houston Holdings LLC is the sole member of –
ADPT-Houston MPT Holdings LLC
ADPT-Houston RE Holdings LLC
FTH Houston Partners LLC

ADPT New Orleans Holdings LLC is the sole member of –
ADPT-LA MPT Holdings LLC
ADPT-LA RE Holdings LLC

FTH Houston Partners LLC is the sole member of –
First Texas Hospital Cy-Fair LLC

First Texas Hospital Cy-Fair LLC is the sole member of –
Briar Forest-Eldridge Medical Center LLC
Center Street DP Medical Center LLC
Cinco Ranch Medical Center LLC
Colonial Lakes Medical Center LLC
Conroe Medical Center LLC
Copperwood Medical Center LLC
Creekside Forest Medical Center LLC
Eagles Nest Medical Center LLC
Gleannloch Farms Medical Center LLC
Houston 9520 Jones Medical Center LLC
Katy ER Center LLC
Kingwood Medical Center LLC
Kuykendahl Medical Center LLC
Lakewood Forest Medical Center LLC
Louetta Medical Center LLC
Medical Center of Spring Rayford Richards LLC
Northwest Harris County Medical Center LLC
Pearland Sunrise Medical Center LLC
Rosenberg Medical Center LLC
Sienna Plantation Medical Center LLC
Sterling Ridge Medical Center LLC
Summerwood Medical Center LLC
Waterside Medical Center LLC

---

**Fill in this information to identify the case and this filing:**

Debtor Name __ADPT DFW Holdings LLC, et al.__

United States Bankruptcy Court for the: __Northern__   District of __Texas__
                                                                            (State)

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration__Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/19/2017__          ✖ __/s/ Andrew Hinkelman_____
                    MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                   __Andrew Hinkelman_____
                                   Printed name

                                   __Chief Restructuring Officer_____
                                   Position or relationship to debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:                                          §
                                                §
___ADPT DFW Holdings LLC, et al.___             §          Case No. 17-_____
                                                §
                    Debtor(s)                   §          Chapter ___11___

### DECLARATION FOR ELECTRONIC FILING OF
### BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I:  DECLARATION OF PETITIONER:**

      As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐     *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]*  –
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☒     *[Only include if petitioner is a corporation, partnership or limited liability company]*  –
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:  ___04/19/2017___ .          ___/s/ Andrew Hinkelman___          _____
                                            Debtor                                    Joint Debtor

**PART II:  DECLARATION OF ATTORNEY:**

      I declare ***under penalty of perjury*** that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  ___04/19/2017___ .

                                            ___/s/ Louis R. Strubeck, Jr.___
                                            Attorney for Debtor