BTXN 069 (rev. 03/17)



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 21, 2017**

United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ADPT DFW HOLDINGS LLC, *et al.*,[1] | § | Case No. 17-31432 |
| | § | |
| Debtors. | § | Jointly Administered under Case No. 17-31432 |
| | § | |

### ORDER REGARDING FILING OF PLEADINGS AND
### DIRECTING JOINT ADMINISTRATION OF CASES

The Court, having considered the matter of administering the above captioned cases, finds (1) this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1334 and 157; (2) all parties-in-interest were provided adequate notice and opportunity for hearing; (3) joint administration of these cases is appropriate pursuant to Rule 1015(b) and (c) of the Federal Rules of Bankruptcy Procedure; (4) an order of joint administration would serve judicial economy; and (5) it is in the best interests and without prejudice to the rights of the Debtors' estates, creditors, and other parties-in-interest. It is therefore

---

[1] The Debtors include all of the affiliated entities that are listed on the Appendix, attached hereto.

**ORDERED,** that the above captioned cases be and hereby are jointly administered by this Court for procedural purposes only, and nothing contained in this Order shall be deemed or construed as directing a substantive consolidation of the above-captioned cases; it is further

**ORDERED** that all orders, pleadings, papers and documents, except proofs of claim, lists, schedules, statements and monthly operating reports, shall be filed and docketed in case number Case No. 17-31432, ADPT DFW Holdings LLC, *et al.* (the "Lead Case"); and it is further

**ORDERED** that all proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate; and it is further

**ORDERED** that all lists, schedules, and statements shall be filed and docketed in the specific member case for which they are applicable;[2] it is further

**ORDERED** that all pleadings, papers, and documents filed in the Lead Case shall bear the caption as show in Exhibit A (attached); it is further

**ORDERED** that if pleadings, papers, or documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) re-file the pleading, paper, or document in the Lead Case within 3 business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties; it is further

---

[2] Whether the monthly operating reports are required to be filed in each case or in the Lead Case has not been decided at the time of the entry of this Order and has been deferred to a later date.

BTXN 069 (rev. 03/17)

**ORDERED** that Counsel for Debtors, shall serve a copy of this Order on the United States Trustee, all creditors, persons filing Notices of Appearance, and other parties-in-interest, and shall file a certificate of service with the Clerk of Court after completing service; it is further

**ORDERED** that Counsel for Debtors shall file with the Clerk, in the Lead Case, a master service list of all creditors, persons filing Notices of Appearance, and all parties-in-interest in the jointly administered cases, in the form prescribed by Local Bankruptcy Rule 1007-1; it is further

**ORDERED** that in the event that any of these cases have been assigned to separate judges, all such cases shall be transferred to the judge with the lowest numbered case; and it is further

**ORDERED** that the Clerk shall file a copy of this order in the Lead Case and each of the member cases.

###End of Order###

BTXN 069 (rev. 03/17)

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ADPT DFW HOLDINGS LLC, *et al*., | § § | Case No. 17-31432 |
| Debtors. | § § § | Jointly Administered under Case No. 17-31432 |

## Appendix
### (Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Adeptus Health Colorado Holdings LLC | 17-31448 | 47-3455146 |
| 2. | Adeptus Health Inc. | 17-31434 | 46-5037387 |
| 3. | Adeptus Health LLC | 17-31435 | 32-0432716 |
| 4. | Adeptus Health Management LLC | 17-31455 | 32-0448472 |
| 5. | Adeptus Health Phoenix Holdings LLC | 17-31461 | 35-2487075 |
| 6. | Adeptus Health Ventures LLC | 17-31466 | 36-4802997 |
| 7. | ADPT Columbus Holdings LLC | 17-31471 | 36-4835265 |
| 8. | ADPT DFW Holdings LLC | 17-31432 | 30-0857947 |
| 9. | ADPT Houston Holdings LLC | 17-31479 | 30-0857977 |
| 10. | ADPT New Orleans Holdings LLC | 17-31486 | 32-0479313 |
| 11. | ADPT New Orleans Management LLC | 17-31493 | Pending |
| 12. | ADPT-AZ MPT Holdings LLC | 17-31497 | 61-1772047 |
| 13. | ADPT-AZ RE Holdings LLC | 17-31502 | 47-5241979 |
| 14. | ADPT-CO MPT Holdings LLC | 17-31508 | 47-3512571 |
| 15. | ADPT-CO RE Holdings LLC | 17-31512 | 47-3565144 |
| 16. | ADPT-Columbus MPT Holdings LLC | 17-31519 | Pending |
| 17. | ADPT-Columbus RE Holdings LLC | 17-31523 | Pending |
| 18. | ADPT-DFW MPT Holdings LLC | 17-31527 | 81-0772445 |
| 19. | ADPT-DFW RE Holdings LLC | 17-31532 | 81-0785981 |
| 20. | ADPT-Houston MPT Holdings LLC | 17-31533 | 30-0914017 |
| 21. | ADPT-Houston RE Holdings LLC | 17-31536 | 61-1781468 |
| 22. | ADPT-LA MPT Holdings LLC | 17-31542 | 81-0752643 |
| 23. | ADPT-LA RE Holdings LLC | 17-31545 | 81-0758384 |
| 24. | AJNH Medical Center LLC | 17-31548 | 36-4729524 |
| 25. | Alamo Heights SA Medical Center LLC | 17-31553 | 35-2547715 |
| 26. | Algiers Medical Center LLC | 17-31556 | 32-0455775 |
| 27. | Alvin Medical Center LLC | 17-31561 | 90-1008817 |
| 28. | Anthem Medical Center LLC | 17-31564 | 37-1740119 |
| 29. | Antoine Medical Center LLC | 17-31440 | 35-2537322 |
| 30. | Arizona General ER LLC | 17-31444 | 90-1025598 |
| 31. | Atascocita 1960 Medical Center LLC | 17-31449 | 36-4780687 |
| 32. | Austin Brodie Medical Center LLC | 17-31454 | 61-1713294 |
| 33. | Baytown Medical Center LLC | 17-31456 | 30-0840445 |
| 34. | Bella Terra Medical Center LLC | 17-31459 | 80-0957867 |
| 35. | Bender's Landing Medical Center LLC | 17-31468 | 37-1752156 |
| 36. | Blacklick Woods Medical Center LLC | 17-31475 | 30-0805532 |
| 37. | Briar Forest-Eldridge Medical Center LLC | 17-31482 | 35-2481862 |
| 38. | Broad Wagoner Medical Center LLC | 17-31488 | 35-2492252 |
| 39. | Brushy Creek Medical Center LLC | 17-31494 | 38-3923792 |
| 40. | Camelback 83rd Medical Center LLC | 17-31498 | 38-3945993 |
| 41. | Cedar Park Lakeline Medical Center LLC | 17-31505 | 35-2493773 |
| 42. | Centennial Medical Center LLC | 17-31509 | 32-0436930 |
| 43. | Center Street DP Medical Center LLC | 17-31516 | 35-2453223 |
| 44. | Chandler Germann Medical Center LLC | 17-31521 | 80-0938469 |

| #   | Debtor Name                               | Case No. | EIN        |
|-----|-------------------------------------------|----------|------------|
| 45. | Chandler Heights Medical Center LLC       | 17-31525 | 32-0456525 |
| 46. | Cinco Ranch Medical Center LLC            | 17-31529 | 61-1744313 |
| 47. | Colonial Lakes Medical Center LLC         | 17-31535 | 90-1004044 |
| 48. | Colorado General Hospital LLC             | 17-31539 | 35-2506314 |
| 49. | Conroe Medical Center LLC                 | 17-31544 | 37-1743660 |
| 50. | Converse Medical Center LLC               | 17-31551 | 30-0820305 |
| 51. | Copperwood Medical Center LLC             | 17-31554 | 84-1697403 |
| 52. | Creekside Forest Medical Center LLC       | 17-31557 | 36-4781064 |
| 53. | Culebra-Tezel Medical Center LLC          | 17-31559 | 90-1020838 |
| 54. | De Zavala Medical Center LLC              | 17-31560 | 30-0879734 |
| 55. | Dublin Medical Center LLC                 | 17-31563 | 80-0965351 |
| 56. | Eagles Nest Medical Center LLC            | 17-31565 | 04-3847518 |
| 57. | East Mesa Medical Center LLC              | 17-31437 | 90-1033851 |
| 58. | East Pflugerville Medical Center LLC      | 17-31439 | 90-1023315 |
| 59. | East Riverside Medical Center LLC         | 17-31442 | 38-3973259 |
| 60. | ECC Management, LLC                       | 17-31443 | 16-1711879 |
| 61. | FCER Management, LLC                      | 17-31447 | 11-3798239 |
| 62. | First Choice ER, LLC                      | 17-31436 | 27-5348156 |
| 63. | First Texas Hospital Cy-Fair LLC          | 17-31451 | 47-3480091 |
| 64. | Four Points Medical Center LLC            | 17-31464 | 38-3938637 |
| 65. | Friendswood Medical Center LLC            | 17-31469 | 38-3916132 |
| 66. | FTH Houston Partners LLC                  | 17-31474 | 47-3466871 |
| 67. | Garland Centerville Medical Center LLC    | 17-31477 | 35-2537960 |
| 68. | Gilbert Medical Center LLC                | 17-31481 | 80-0940827 |
| 69. | Gleannloch Farms Medical Center LLC       | 17-31485 | 35-2481256 |
| 70. | Glendale Medical Center LLC               | 17-31489 | 90-1012820 |
| 71. | Goodyear Medical Center LLC               | 17-31490 | 90-1007336 |
| 72. | Greenville Stacy Medical Center LLC       | 17-31492 | 38-3926926 |
| 73. | Guadalupe River Medical Center LLC        | 17-31496 | 35-2514826 |
| 74. | Hampden Tower Medical Center LLC          | 17-31499 | 38-3928757 |
| 75. | Helotes Medical Center LLC                | 17-31501 | 36-4782313 |
| 76. | Hilliard Medical Center LLC               | 17-31504 | 35-2491198 |
| 77. | Houston 9520 Jones Medical Center LLC     | 17-31507 | 32-0432459 |
| 78. | Houston FM 1960 Medical Center LLC        | 17-31511 | 37-1783329 |
| 79. | Katy ER Center LLC                        | 17-31514 | 45-2583773 |
| 80. | Keller Medical Center LLC                 | 17-31517 | 61-1736669 |
| 81. | Kingwood Medical Center LLC               | 17-31520 | 80-0684495 |
| 82. | Kuykendahl Medical Center LLC             | 17-31524 | 34-2028269 |
| 83. | La Porte Medical Center LLC               | 17-31526 | 80-0927953 |
| 84. | Lakewood Forest Medical Center LLC        | 17-31530 | 90-1013791 |
| 85. | League City Medical Center LLC            | 17-31438 | 36-4766358 |
| 86. | Legacy Trails Medical Center LLC          | 17-31441 | 61-1744649 |
| 87. | Lewis Center Medical Center LLC           | 17-31445 | 32-0431791 |
| 88. | Litchfield Park Medical Center LLC        | 17-31446 | 36-4801379 |
| 89. | Louetta Medical Center LLC                | 17-31450 | 74-3178584 |
| 90. | Marrero Medical Center LLC                | 17-31453 | 61-1753468 |
| 91. | Meadowbrook Heights Medical Center LLC    | 17-31457 | 32-0448039 |
| 92. | Medical Center of Crosby Lynchburg LLC    | 17-31458 | 38-3922039 |

28229383.1

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 93. | Medical Center of Spring Rayford Richards LLC | 17-31462 | 37-1747613 |
| 94. | Mesa Tierra Medical Center LLC | 17-31465 | 35-2523890 |
| 95. | Midlothian Medical Center LLC | 17-31470 | 30-0802928 |
| 96. | Mountain Park Ranch Medical Center LLC | 17-31473 | 38-3939092 |
| 97. | National Medical Professionals of Arizona LLC | 17-31478 | 37-1757007 |
| 98. | National Medical Professionals of Ohio LLC | 17-31483 | 30-0829176 |
| 99. | New Orleans East Medical Center LLC | 17-31510 | 61-1753435 |
| 100. | Northwest Harris County Medical Center LLC | 17-31538 | 36-4781722 |
| 101. | Ohio General ER LLC | 17-31540 | 38-3918055 |
| 102. | Ohio General Hospital LLC | 17-31547 | 80-0956267 |
| 103. | OpFree Licensing LP | 17-31549 | 01-0831027 |
| 104. | OpFree RE Investments, Ltd. | 17-31558 | 06-1740727 |
| 105. | OpFree, LLC | 17-31562 | 34-2028263 |
| 106. | Pearland 518 Medical Center LLC | 17-31566 | 90-1025398 |
| 107. | Pearland Parkway Medical Center LLC | 17-31567 | 51-0576704 |
| 108. | Pearland Sunrise Medical Center LLC | 17-31568 | 90-1001726 |
| 109. | Pflugerville Medical Center LLC | 17-31569 | 45-2552050 |
| 110. | Potranco Medical Center LLC | 17-31570 | 80-0966887 |
| 111. | Provinces Medical Center LLC | 17-31571 | 80-0967881 |
| 112. | Queen Creek Medical Center LLC | 17-31572 | 32-0457346 |
| 113. | Rosenberg Medical Center LLC | 17-31452 | 80-0964882 |
| 114. | Roy Richard Medical Center LLC | 17-31460 | 35-2491802 |
| 115. | San Antonio Nacogdoches Medical Center LLC | 17-31463 | 80-0937326 |
| 116. | San Tan Valley Medical Center LLC | 17-31467 | 36-4801184 |
| 117. | Seguin Foster Medical Center LLC | 17-31472 | 35-2532650 |
| 118. | Sienna Plantation Medical Center LLC | 17-31476 | 90-1009094 |
| 119. | South Bend Medical Center LLC | 17-31480 | 61-1770288 |
| 120. | South Carrier Medical Center LLC | 17-31484 | 32-0429602 |
| 121. | South Green Oaks Medical Center LLC | 17-31487 | 90-1012518 |
| 122. | Spanish Oaks Medical Center LLC | 17-31491 | 90-1012951 |
| 123. | Spring 2920 Medical Center LLC | 17-31495 | 36-4776092 |
| 124. | Spring Green Medical Center LLC | 17-31500 | Pending |
| 125. | SSH Medical Center LLC | 17-31503 | 77-0666943 |
| 126. | Sterling Ridge Medical Center II LLC | 17-31506 | 32-0439505 |
| 127. | Sterling Ridge Medical Center LLC | 17-31513 | 16-1711883 |
| 128. | Summerwood Medical Center LLC | 17-31515 | 30-0802964 |
| 129. | Surprise Medical Center LLC | 17-31518 | 90-1012038 |
| 130. | SW Chandler Medical Center LLC | 17-31522 | 90-1032288 |
| 131. | Sycamore School Medical Center LLC | 17-31528 | 35-2494277 |
| 132. | Tempe McClintock Baseline Medical Center LLC | 17-31531 | 38-3923748 |
| 133. | Tempe Rural-Baseline Medical Center LLC | 17-31534 | 30-0852296 |
| 134. | Texas Regional Hospital LLC | 17-31537 | 37-1753820 |
| 135. | Victory Lakes Medical Center LLC | 17-31541 | 37-1751372 |
| 136. | Wadsworth-Belleview Medical Center LLC | 17-31543 | 35-2486458 |
| 137. | Waterside Medical Center LLC | 17-31546 | 36-4767886 |
| 138. | White Settlement Medical Center LLC | 17-31550 | 38-3970573 |
| 139. | Wilderness-Hardy Oak Medical Center LLC | 17-31552 | 80-0954867 |
| 140. | William Cannon Medical Center LLC | 17-31555 | 35-2493839 |

28229383.1

(Sorted Numerically By Case Number)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | ADPT DFW Holdings LLC | 17-31432 | 30-0857947 |
| 2. | Adeptus Health Inc. | 17-31434 | 46-5037387 |
| 3. | Adeptus Health LLC | 17-31435 | 32-0432716 |
| 4. | First Choice ER, LLC | 17-31436 | 27-5348156 |
| 5. | East Mesa Medical Center LLC | 17-31437 | 90-1033851 |
| 6. | League City Medical Center LLC | 17-31438 | 36-4766358 |
| 7. | East Pflugerville Medical Center LLC | 17-31439 | 90-1023315 |
| 8. | Antoine Medical Center LLC | 17-31440 | 35-2537322 |
| 9. | Legacy Trails Medical Center LLC | 17-31441 | 61-1744649 |
| 10. | East Riverside Medical Center LLC | 17-31442 | 38-3973259 |
| 11. | ECC Management, LLC | 17-31443 | 16-1711879 |
| 12. | Arizona General ER LLC | 17-31444 | 90-1025598 |
| 13. | Lewis Center Medical Center LLC | 17-31445 | 32-0431791 |
| 14. | Litchfield Park Medical Center LLC | 17-31446 | 36-4801379 |
| 15. | FCER Management, LLC | 17-31447 | 11-3798239 |
| 16. | Adeptus Health Colorado Holdings LLC | 17-31448 | 47-3455146 |
| 17. | Atascocita 1960 Medical Center LLC | 17-31449 | 36-4780687 |
| 18. | Louetta Medical Center LLC | 17-31450 | 74-3178584 |
| 19. | First Texas Hospital Cy-Fair LLC | 17-31451 | 47-3480091 |
| 20. | Rosenberg Medical Center LLC | 17-31452 | 80-0964882 |
| 21. | Marrero Medical Center LLC | 17-31453 | 61-1753468 |
| 22. | Austin Brodie Medical Center LLC | 17-31454 | 61-1713294 |
| 23. | Adeptus Health Management LLC | 17-31455 | 32-0448472 |
| 24. | Baytown Medical Center LLC | 17-31456 | 30-0840445 |
| 25. | Meadowbrook Heights Medical Center LLC | 17-31457 | 32-0448039 |
| 26. | Medical Center of Crosby Lynchburg LLC | 17-31458 | 38-3922039 |
| 27. | Bella Terra Medical Center LLC | 17-31459 | 80-0957867 |
| 28. | Roy Richard Medical Center LLC | 17-31460 | 35-2491802 |
| 29. | Adeptus Health Phoenix Holdings LLC | 17-31461 | 35-2487075 |
| 30. | Medical Center of Spring Rayford Richards LLC | 17-31462 | 37-1747613 |
| 31. | San Antonio Nacogdoches Medical Center LLC | 17-31463 | 80-0937326 |
| 32. | Four Points Medical Center LLC | 17-31464 | 38-3938637 |
| 33. | Mesa Tierra Medical Center LLC | 17-31465 | 35-2523890 |
| 34. | Adeptus Health Ventures LLC | 17-31466 | 36-4802997 |
| 35. | San Tan Valley Medical Center LLC | 17-31467 | 36-4801184 |
| 36. | Bender's Landing Medical Center LLC | 17-31468 | 37-1752156 |
| 37. | Friendswood Medical Center LLC | 17-31469 | 38-3916132 |
| 38. | Midlothian Medical Center LLC | 17-31470 | 30-0802928 |
| 39. | ADPT Columbus Holdings LLC | 17-31471 | 36-4835265 |
| 40. | Seguin Foster Medical Center LLC | 17-31472 | 35-2532650 |
| 41. | Mountain Park Ranch Medical Center LLC | 17-31473 | 38-3939092 |
| 42. | FTH Houston Partners LLC | 17-31474 | 47-3466871 |
| 43. | Blacklick Woods Medical Center LLC | 17-31475 | 30-0805532 |
| 44. | Sienna Plantation Medical Center LLC | 17-31476 | 90-1009094 |
| 45. | Garland Centerville Medical Center LLC | 17-31477 | 35-2537960 |
| 46. | National Medical Professionals of Arizona LLC | 17-31478 | 37-1757007 |

28229383.1

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 47. | ADPT Houston Holdings LLC | 17-31479 | 30-0857977 |
| 48. | South Bend Medical Center LLC | 17-31480 | 61-1770288 |
| 49. | Gilbert Medical Center LLC | 17-31481 | 80-0940827 |
| 50. | Briar Forest-Eldridge Medical Center LLC | 17-31482 | 35-2481862 |
| 51. | National Medical Professionals of Ohio LLC | 17-31483 | 30-0829176 |
| 52. | South Carrier Medical Center LLC | 17-31484 | 32-0429602 |
| 53. | Gleannloch Farms Medical Center LLC | 17-31485 | 35-2481256 |
| 54. | ADPT New Orleans Holdings LLC | 17-31486 | 32-0479313 |
| 55. | South Green Oaks Medical Center LLC | 17-31487 | 90-1012518 |
| 56. | Broad Wagoner Medical Center LLC | 17-31488 | 35-2492252 |
| 57. | Glendale Medical Center LLC | 17-31489 | 90-1012820 |
| 58. | Goodyear Medical Center LLC | 17-31490 | 90-1007336 |
| 59. | Spanish Oaks Medical Center LLC | 17-31491 | 90-1012951 |
| 60. | Greenville Stacy Medical Center LLC | 17-31492 | 38-3926926 |
| 61. | ADPT New Orleans Management LLC | 17-31493 | Pending |
| 62. | Brushy Creek Medical Center LLC | 17-31494 | 38-3923792 |
| 63. | Spring 2920 Medical Center LLC | 17-31495 | 36-4776092 |
| 64. | Guadalupe River Medical Center LLC | 17-31496 | 35-2514826 |
| 65. | ADPT-AZ MPT Holdings LLC | 17-31497 | 61-1772047 |
| 66. | Camelback 83rd Medical Center LLC | 17-31498 | 38-3945993 |
| 67. | Hampden Tower Medical Center LLC | 17-31499 | 38-3928757 |
| 68. | Spring Green Medical Center LLC | 17-31500 | Pending |
| 69. | Helotes Medical Center LLC | 17-31501 | 36-4782313 |
| 70. | ADPT-AZ RE Holdings LLC | 17-31502 | 47-5241979 |
| 71. | SSH Medical Center LLC | 17-31503 | 77-0666943 |
| 72. | Hilliard Medical Center LLC | 17-31504 | 35-2491198 |
| 73. | Cedar Park Lakeline Medical Center LLC | 17-31505 | 35-2493773 |
| 74. | Sterling Ridge Medical Center II LLC | 17-31506 | 32-0439505 |
| 75. | Houston 9520 Jones Medical Center LLC | 17-31507 | 32-0432459 |
| 76. | ADPT-CO MPT Holdings LLC | 17-31508 | 47-3512571 |
| 77. | Centennial Medical Center LLC | 17-31509 | 32-0436930 |
| 78. | New Orleans East Medical Center LLC | 17-31510 | 61-1753435 |
| 79. | Houston FM 1960 Medical Center LLC | 17-31511 | 37-1783329 |
| 80. | ADPT-CO RE Holdings LLC | 17-31512 | 47-3565144 |
| 81. | Sterling Ridge Medical Center LLC | 17-31513 | 16-1711883 |
| 82. | Katy ER Center LLC | 17-31514 | 45-2583773 |
| 83. | Summerwood Medical Center LLC | 17-31515 | 30-0802964 |
| 84. | Center Street DP Medical Center LLC | 17-31516 | 35-2453223 |
| 85. | Keller Medical Center LLC | 17-31517 | 61-1736669 |
| 86. | Surprise Medical Center LLC | 17-31518 | 90-1012038 |
| 87. | ADPT-Columbus MPT Holdings LLC | 17-31519 | Pending |
| 88. | Kingwood Medical Center LLC | 17-31520 | 80-0684495 |
| 89. | Chandler Germann Medical Center LLC | 17-31521 | 80-0938469 |
| 90. | SW Chandler Medical Center LLC | 17-31522 | 90-1032288 |
| 91. | ADPT-Columbus RE Holdings LLC | 17-31523 | Pending |
| 92. | Kuykendahl Medical Center LLC | 17-31524 | 34-2028269 |
| 93. | Chandler Heights Medical Center LLC | 17-31525 | 32-0456525 |
| 94. | La Porte Medical Center LLC | 17-31526 | 80-0927953 |

28229383.1

| #    | Debtor Name                                   | Case No.  | EIN        |
|------|-----------------------------------------------|-----------|------------|
| 95.  | ADPT-DFW MPT Holdings LLC                     | 17-31527  | 81-0772445 |
| 96.  | Sycamore School Medical Center LLC            | 17-31528  | 35-2494277 |
| 97.  | Cinco Ranch Medical Center LLC                | 17-31529  | 61-1744313 |
| 98.  | Lakewood Forest Medical Center LLC            | 17-31530  | 90-1013791 |
| 99.  | Tempe McClintock Baseline Medical Center LLC  | 17-31531  | 38-3923748 |
| 100. | ADPT-DFW RE Holdings LLC                      | 17-31532  | 81-0785981 |
| 101. | ADPT-Houston MPT Holdings LLC                 | 17-31533  | 30-0914017 |
| 102. | Tempe Rural-Baseline Medical Center LLC       | 17-31534  | 30-0852296 |
| 103. | Colonial Lakes Medical Center LLC             | 17-31535  | 90-1004044 |
| 104. | ADPT-Houston RE Holdings LLC                  | 17-31536  | 61-1781468 |
| 105. | Texas Regional Hospital LLC                   | 17-31537  | 37-1753820 |
| 106. | Northwest Harris County Medical Center LLC    | 17-31538  | 36-4781722 |
| 107. | Colorado General Hospital LLC                 | 17-31539  | 35-2506314 |
| 108. | Ohio General ER LLC                           | 17-31540  | 38-3918055 |
| 109. | Victory Lakes Medical Center LLC              | 17-31541  | 37-1751372 |
| 110. | ADPT-LA MPT Holdings LLC                      | 17-31542  | 81-0752643 |
| 111. | Wadsworth-Belleview Medical Center LLC        | 17-31543  | 35-2486458 |
| 112. | Conroe Medical Center LLC                     | 17-31544  | 37-1743660 |
| 113. | ADPT-LA RE Holdings LLC                       | 17-31545  | 81-0758384 |
| 114. | Waterside Medical Center LLC                  | 17-31546  | 36-4767886 |
| 115. | Ohio General Hospital LLC                     | 17-31547  | 80-0956267 |
| 116. | AJNH Medical Center LLC                       | 17-31548  | 36-4729524 |
| 117. | OpFree Licensing LP                           | 17-31549  | 01-0831027 |
| 118. | White Settlement Medical Center LLC           | 17-31550  | 38-3970573 |
| 119. | Converse Medical Center LLC                   | 17-31551  | 30-0820305 |
| 120. | Wilderness-Hardy Oak Medical Center LLC       | 17-31552  | 80-0954867 |
| 121. | Alamo Heights SA Medical Center LLC           | 17-31553  | 35-2547715 |
| 122. | Copperwood Medical Center LLC                 | 17-31554  | 84-1697403 |
| 123. | William Cannon Medical Center LLC             | 17-31555  | 35-2493839 |
| 124. | Algiers Medical Center LLC                    | 17-31556  | 32-0455775 |
| 125. | Creekside Forest Medical Center LLC           | 17-31557  | 36-4781064 |
| 126. | OpFree RE Investments, Ltd.                   | 17-31558  | 06-1740727 |
| 127. | Culebra-Tezel Medical Center LLC              | 17-31559  | 90-1020838 |
| 128. | De Zavala Medical Center LLC                  | 17-31560  | 30-0879734 |
| 129. | Alvin Medical Center LLC                      | 17-31561  | 90-1008817 |
| 130. | OpFree, LLC                                   | 17-31562  | 34-2028263 |
| 131. | Dublin Medical Center LLC                     | 17-31563  | 80-0965351 |
| 132. | Anthem Medical Center LLC                     | 17-31564  | 37-1740119 |
| 133. | Eagles Nest Medical Center LLC                | 17-31565  | 04-3847518 |
| 134. | Pearland 518 Medical Center LLC               | 17-31566  | 90-1025398 |
| 135. | Pearland Parkway Medical Center LLC           | 17-31567  | 51-0576704 |
| 136. | Pearland Sunrise Medical Center LLC           | 17-31568  | 90-1001726 |
| 137. | Pflugerville Medical Center LLC               | 17-31569  | 45-2552050 |
| 138. | Potranco Medical Center LLC                   | 17-31570  | 80-0966887 |
| 139. | Provinces Medical Center LLC                  | 17-31571  | 80-0967881 |
| 140. | Queen Creek Medical Center LLC                | 17-31572  | 32-0457346 |