Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
John N. Schwartz (SBT 00797397)
Liz Boydston (SBT 24053684)
Timothy S. Springer (SBT 24088460)
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile:  (214) 855-8200

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Adeptus Health LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-31435<br><br>Jointly Administered under Case No. 17-31432 |

**AMENDED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of holders of limited liability company units in Adeptus Health LLC -

| Entity | Units | Percent |
|---|---|---|
| Adeptus Health Inc. | 15,924,927 | 77.27% |
| Covert, L. Richard | 1,447,778 | 7.02% |
| Novak, Dr. Jacob J. | 1,447,778 | 7.02% |
| SCP III FCER – AIV THREE | 1,335,068 | 6.48% |
| Hall, Thomas | 189,361 | 0.92% |
| Cherrington, Graham | 38,650 | 0.19% |
| Fielding, Tim | 37,326 | 0.18% |
| Taylor, Ron | 32,142 | 0.16% |
| Jordan, Andrew | 27,652 | 0.13% |
| Corey, Michael | 24,953 | 0.12% |
| Vender, Jeff | 22,519 | 0.11% |
| Scott, Gary | 16,149 | 0.08% |
| Weimer, Heather | 17,242 | 0.08% |
| Worley, Jason | 14,022 | 0.07% |
| Muzzarelli, Mike | 9,999 | 0.05% |
| Mueller, Tim | 8,693 | 0.04% |

| | | |
|---|---|---|
| Pyle, David | 9,111 | 0.04% |
| Bowen, Traci | 6,676 | 0.03% |

Dated: May 29, 2017
Dallas, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ John N. Schwartz*
Louis R. Strubeck, Jr. (SBT 19425600)
louis.strubeck@nortonrosefulbright.com
Kristian W. Gluck (SBT 24038921)
kristian.gluck@nortonrosefulbright.com
John N. Schwartz (SBT 00797397)
john.schwartz@nortonrosefulbright.com
Liz Boydston (SBT 24053684)
liz.boydston@nortonrosefulbright.com
Timothy S. Springer (SBT 24088460)
tim.springer@nortonrosefulbright.com
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Attorneys for the Debtors*
*and Debtors in Possession*